IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINK INVESTMENT CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-3340-K |
| | § | |
| JIANGSU STEAMSHIP PTE. LTD., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| STANDARD CHARTERED BANK, | § | |
| | § | |
| Garnishee. | § | |

## ORDER

On November 8, 2020, Plaintiff Link Investment Co. (the "Plaintiff") filed a Verified Complaint (Doc. No. 1) and filed a Motion for Order for Issuance of Process of Maritime Attachment and Garnishment (Doc. No. 3) (the "Motion") and Memorandum in Support of the Motion for Order for Issuance of Process of Maritime Attachment and Garnishment (Doc. No. 4) (the "Memorandum in Support") against Defendant Jiangsu Steamship Pte. Ltd. (the "Defendant") and Garnishee Standard Chartered Bank (the "Garnishee"). The Court **orders** Plaintiff to submit supplemental briefing on its Motion.

In its Verified Complaint, Plaintiff alleges, "Venue is proper in this jurisdiction, as the property of Jiangsu *is located within this District*." Doc. No. 1, at 1 (emphasis

1

added).  In its Memorandum in Support, Plaintiff also alleges that Defendant's property is located within this District.  Doc. No. 4, at 1, 9.  Plaintiff further alleges that Garnishee has an office in Houston, Texas and that Garnishee's only registered agent for service of process in Texas is in Dallas.  Doc. No. 4, at 3, 4.  Plaintiff has not identified a Garnishee office in this District.  The supplemental briefing shall address where Defendant's alleged bank account is located within this District as required for analysis under Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.  *See Boland Marine & Indus., LLC v. Bouchard Transp. Co.*, 2020 U.S. Dist. LEXIS 118520, *5, *8, *11–17 (explaining that in Rule B analysis "Rule B(1) specifically requires the property be found within the district", declining to "extend[ ] *Day*'s and *PSARA Energy*'s holdings to bank accounts", and holding "the Texas Supreme Court would reject the separate entity rule and find that bank accounts are located wherever funds are available to the account holder").

The Court orders Plaintiff to submit a brief to this Court **by November 23, 2020**.  The brief is not to exceed ten (10) pages.

**SO ORDERED.**

Signed on November 17th, 2020.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2